1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  SUSAN L. SMITH, CSBN 253808
7  Special Assistant United States Attorney
   Social Security Administration
8     160 Spear Street, Suite 800
9     San Francisco, California 94105-1545
      Telephone: (510) 970-4857
10     E-mail: susan.l.smith@ssa.gov

11
   Attorneys for Defendant
12

13
14                 UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                      WESTERN DIVISION

17
18  CHRISTOPHER D. WILLIAMS,          CASE NO. 2:22-cv-09066-AB-PVC

19          Plaintiff,                [PROPOSED] JUDGMENT OF REMAND

20          v.

21
22  KILOLO KIJAKAZI, Acting
    Commissioner of Social Security,

23
24          Defendant.

25

26

27

28

JS-6

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.[1]

DATED:May 18, 2023

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] In *Bastidas v. Chappell*, 791 F.3d 1155 (9th Cir. 2015), the Ninth Circuit held that the magistrate judge had the authority to grant Petitioner's request to dismiss two unexhausted claims in his habeas petition without the approval of a district judge, as the magistrate judge's order was simply "doing what [the] habeas petitioner has asked." *Id*. at 1165.  While *Bastidas* is not entirely on point, the stipulation for remand and entry of judgment here is jointly made by the parties, without any compulsion from the magistrate judge.  Because there appears to be no danger of undue prejudice to any party, the Court grants the request.

PROPOSED JUDGMENT                                                    CASE NO. 2:22-cv-09066-AB-PVC