UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER D. WILLIAMS, | ) | No. 2:22-cv-9066-AB-PVC |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| v. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND TWO HUNDRED SIXTY-THREE DOLLARS AND 17/100 ($4,263.17.) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: June 26, 2023

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE